# MEMORANDUM
**United States District Court**
Eastern District of New York

RECEIVED JUL 3 0 2008 CHAMBERS OF JUDGE GLEESON

**To: JUDGE GLEESON**
**Case# : 08-CV-1793**
**From: MARY COGNATO GONZALEZ**
**DATE: JULY 30, 2008**
**Attached please find Motion/Request for:**

Leave to appeal in forma pauperis

    Granted    Denied

Certificate of Appealability

    Granted    Denied

Extension of Time to File the Notice of Appeal.

    Granted    Denied

_____ Assignment of Counsel.

    Granted    Denied ✓

XXX Reconsideration

    Granted    Denied

**Dated:**